UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYK AREKELYAN [A#076-867-674],<br><br>           Petitioner,<br>v.<br><br>ERIC H. HOLDER, JR., United States Attorney General, et al.,<br><br>           Respondents. | CASE NO: 10-CV-0975 W (NLS)<br><br>**ORDER DISMISSING PETITION [DOC. 1] AS MOOT** |

   Pending before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed by Petitioner Hayk Arekelyan, a Department of Homeland Security detainee proceeding pro se.

   On May 11, 2010, this Court issued an order setting a briefing schedule on the Petition. (*See 5/11/10 Order* [Doc. 5].) Under the order, Respondent's were ordered to file a written return no later than June 23, 2010.

   On June 9, 2010, Respondent filed a return, in which they notified the Court that Petitioner has been released from custody. (*See Gov. Return* [Doc. 8]; *Norris*

1  *Decl.* [Doc. 8-1], ¶3.)  Attached to the return is a copy of the decision to release
2  Petitioner and the Order of Supervision.  (*See Norris Decl.*, Exs. A–B.)
3       Based on the foregoing, the Court **ORDERS** the Petition **DISMISSED** as
4  moot.  The Clerk of the Court shall close the District Court case file.

6       **IT IS SO ORDERED.**

8  DATED: July 2, 2010

10                                    _____
                                       Hon. Thomas J. Whelan
                                       United States District Judge